1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

3

4  JEFFREY D. NEDROW (CASBN 161299)
   Assistant United States Attorney

5  150 Almaden Blvd., Suite 900
   San Jose, CA 95113
6  Telephone: (408) 535-5045
   Facsimile:  (408) 535-5066
7  Email: jeff.nedrow@usdoj.gov

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 UNITED STATES OF AMERICA,        )   No. CR 07-00788-JF
                                    )
13         Plaintiff,                )
                                    )   [PROPOSED] ORDER FOR SUMMONS
14     v.                            )
                                    )
15 CAROL HAUESSLER,                 )
   DAVID LAMONDIN,                  )
16 MATTHEW SANDOMIR,                )
   CHRISTOPHER SARIOL,              )
17 STUART SHEINFELD, and            )
   EDUARDO SUBIRATS,                )
18                                  )
           Defendant.                )
19 _____  )

20     Based on the December 13, 2007 indictment returned by a grand jury in this district,

21 the Court finds that probable cause exists to believe that an offense has been committed.

22 Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue

23 summons directing the defendants Carol Hauessler, David Lamondin, Matthew Sandomir,

24 //

25 //

26 //

27 //

28 //

[PROPOSED] ORDER  FOR SUMMONS

-2-

1  Christopher Sariol, Stuart Sheinfeld, and Eduardo Subirats to appear on February 13, 2008 at
2  9:30 am before Magistrate Judge Patricia V. Trumbull to answer the indictment returned in this
3  case.
4
5     IT IS SO ORDERED.
6
7  Dated: _____            _____
                                       HOWARD R. LLOYD
                                       United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER FOR SUMMONS