UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. CR 08-00788-12-JF
Magistrate Turnbull

FILED

08 FEB 12 P 4: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA,
Plaintiff,

vs.

CAROLE HAEUSSLER,

Defendant.
_____/

## NOTICE OF APPEARANCE

**COMES NOW**, Michael J. Sacks of Brush & Sacks, who files his Appearance of Counsel for trial purposes on behalf of the Defendant in the above-styled cause. The below attorney is admitted to practice in the state and Federal Courts for the Southern and Northern Districts of California and Florida.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the Office of the United States Attorney, Jeffrey Nedrow, at 150 Almaden Boulevard, Suite 900 in the city of San Jose, California 95113 via confirmed email transmission on this **11th** day of February, 2008 and via personal hand-delivery on February 13, 2008.

1

Respectfully submitted,

*Brush & Sacks*
Attorneys for Defendant Haeussler
7210 Wisteria Avenue
Parkland, FL 33076
*Ph:(954)575-8691*
*Fax:(954)575-8041*

Michael J. Sacks
Cal Bar No. 145408