**Brush & Sacks**
Michael J. Sacks  SBN 145408
7210 Wisteria Avenue
Parkland, FL 33076
(954)575-8691 / FAX: (954)575-8041
msacks@bellsouth.net

Attorneys for Defendant Carole Haeussler

**Filed**

MAR 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLE HAEUSSLER, et al. <br><br> Defendants. | Case No. CR 07 -00788-12-JF <br> ~~Magistrate Turnbull~~ <br> Judge Jeremy Fogel <br><br> UNOPPOSED MOTION FOR WAIVER OF APPEARANCE AT ARPIL 2, 2008 HEARING; WAIVER OF SPEEDY TRIAL; PROPOSED **ORDER** THEREON BY DEFENDANT CAROLE HAEUSSLER |

TO THE UNITED STATES OF AMERICA AND THEIR COUNSEL OF RECORD, JEFFREY NEDROW, ASSISTANT UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION:

Defendant Carole Hauessler and her counsel of record, Michael J. Sacks, move this honorable court for an Order allowing them to waive appearances at the upcoming pretrial conference scheduled for April 2, 2008, and as grounds, state as follows:

1) Defendant Haeussler and her undersigned counsel appeared at the Arraignment in this matter on February 13, 2008;

2) Unbeknownst to undersigned counsel and Defendant

Hauessler, this Honorable Court had already, just one week prior to the Arraignment, set a pretrial conference in this matter for April 2, 2008, without any input from Defendant, her counsel, or the six Defendants and their counsel appearing at said arraignment;

3) April 2, 2008 happens to be the 44th birthday of undersigned counsel, who resides in South Florida and has plans for that time to be celebrating his birthday with family and friends in South Florida;

4) Defendant Hauessler resides with her family in South Florida, and other than showing respect for this court and its orders, would be required to make a several thousand mile, expensive round trip for an appearance in San Jose that may take all of 15 minutes;

5) Undersigned counsel contacted opposing counsel, AUSA Jeffrey Nedrow, who has no opposition to both Carole Hauessler and her counsel waiving appearance at the April 2, 2008 pretrial;

6) Defendant Haussler has executed a Waiver of Appearance and Waiver of Speedy Trial set forth immediately hereinbelow, and along with her counsel, greatly appreciate this honorable court executing the attached Order.

### WAIVER OF APPEARANCE

I, Carole Hauessler, a Defendant in the above-referenced case, hereby waive appearance at the hearing scheduled for April 2, 2008, and have been fully advised by my counsel as to all

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Brush & Sacks*
Attorneys for Plaintiff
*7210 Wisteria Avenue*
*Parkland, FL 33076*
*Phone:(954)575-8691*
*Fax:   (954)575-804*
<u>msacks@bellwouth.ne</u>

[signature]

Michael J. Sacks, CA Bar No. 145408; FL Bar No. 0065625

-4-

# PROOF OF SERVICE

STATE OF FLORIDA        )
                        ) ss.
COUNTY OF BROWARD       )

I am a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 7210 Wisteria Avenue in the city of Parkland, Florida 33076.

On March 26, 2008, I served the foregoing described as: **WAIVER OF APPEARANCE OF DEFENDANT AND HER COUNSEL AT APRIL 2, 2008 HEARING; ORDER THEREON** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Parkland, California, and emailed and faxed as indicated below, addressed as follows:

Jeffrey Nedrow, United States Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

*SERVED **VIA EMAIL** TO THE BELOW REFERENCED COUNSEL/PARTIES:

Steven E. Chaykin, Esq.
Ackerman Senterfitt
One S.E. 3rd Ave. 25th Fl.
Miami, FL 33131-1714
Email: Steven.Chaykin@Akerman.com
*Attorney for:* **Randy Goldberg**

Jerry Y. Fong, Esq.
706 Cowper Street
P.O. Box 1040
Palo Alto, CA 94302-1040
Jaime Carranza
Email: jf@careyandcareylaw.com
*Attorney for:* **Brandi Aycock**

Ronald Gainor, Esq.
6414 Fairways Drive
Longmont, CO 80503
Email: gains-2000@hotmail.com
*Attorney for:* **Brandi Aycock**

Garrick S. Lew
600 Townsend St., Ste. 329E
San Francisco, CA 94103
Email: gsl@defendergroup.com
*Attorney for:* **Limor Gefen**

Edwin Prather, Esq.
899 Ellis Street
San Francisco, CA 94109

Email: eprather@clarencedyer.com
Attorney for: **Asaf Nass**

Hugh Anthony Levine
345 Franklin Street
San Francisco, CA 94102
Email: halesq@ix.netcom.com
Attorney for: **Stuart Sheinfeld**

Vicki H. Young, Esq.
7016 Cowper Street, Ste. 202
Palo Alto, CA 94301

Email: vickihyoung@yahoo.com
Attorney for: **Eduardo Subirats**

Lara Vinnard, Federal PD
160 West Santa Clara St.
Suite 575
San Jose, CA 95113
Attorney for: **Chris Sariol**

SERVED **VIA FACSIMILE TRANSMISSION** TO THE FOLLOWING PARTIES:

Michael Orenstein, Esq.
3864 Sheridan Street
Hollywood, FL 33021
Fax (954)963-2227
Attorney for: **Matthew Sandomir**

Mark Arnold, Esq.
45 East Julian Street
San Jose, CA 95112
Fax: (408)286-9155
Attorney for: **David Lamondin**

Anthony Granados
U.S. Pretrial Services Officer
280 South First Street Ste. 1150
San Jose, CA 95113
Fax: (408)535-5227

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of March, 2008 at Los Angeles, California.

_____
Signature of Declarant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. CR 08 -00788-12-JF
~~Magistrate Turnbull~~
*Judge Jeremy Fogel*

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CAROLE HAEUSSLER,

    Defendant.
_____/

<u>O R D E R</u> (~~PROPOSED~~) RE:

**UNOPPOSED MOTION FOR WAIVER OF APPEARANCE BY DEFENDANT CAROLE HAEUSSLER FOR APRIL 2, 2008 HEARING**

**THIS CAUSE,** having come before the court upon the Agreed Motion of Defendant Carole Hauessler to waiver her appearance at the upcoming pretrial hearing in the above-styled matter currently scheduled for April 2, 2008, ~~it is:~~

**(GRANTED)**/~~DENIED~~.

**DONE AND ORDERED** this ____ day of _____ 2008, San Jose, California.

_____
UNITED STATES DISTRICT COURT JUDGE