UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, April 2, 2008
**Case Number:** CR-07-00788-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        UNITED STATES OF AMERICA V. AMIT EZYONI, ET AL.

| PLAINTIFF | DEFENDANTS |
|---|---|
| United States | 2) Asaf Nass |
| | 3) Limor Gefen |
| | 5) Daniel Rangel |
| | 7) Randy Goldberg |
| | 8) Brandi Aycock |
| | 9) David Lamondin |
| | 10) Matthew Sandomir |
| | 11) Stuart Sheinfeld |
| | 12) Carol Haeussler |
| | 13) Christopher Sariol |
| | 14) Eduardo Subirats |

**Attorneys Present:** Susan Knight

**Attorneys Present:** Edwin Prather and specially for Garrick Lew, Mark Eibert, Steven Chaykin, Mark Arnold, Michael Orenstein and specially for Michael Sacks, Hugh Lavine, Lara Vinnard, Vicki Young and specially for Jerry Fong and Ronald Gainor

---

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendants Nass, Gefen and Rangel are present. The remaining defendants appearances are waived. Continued to 5/14/08 at 10:00 a.m. for further status review. 42 days are excluded for the reasons stated. The Court waives defendants appearances for status hearings and designates the case complex.