| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | JEFFREY D. NEDROW (CSBN 161299)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, CA 95113<br>Telephone: (408) 535-5045 |
| 7 | Facsimile:  (408) 535-5066<br>Email: jeff.nedrow@usdoj.gov |
| 8 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00788-JF |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER RE: FINAL |
| v. | ) ) | ORDER OF RESTITUTION |
| CAROL HAUESSLER, | ) ) | |
| Defendant. | ) ) ) | |

The parties, by and through their counsel of record, hereby stipulate to the entry of a final order of restitution in the amount of $12,072.12 as to Carol Hauessler in this case. The restitution shall be allocated as specified in the attached worksheet.

                                                        JOSEPH P. RUSSONIELLO<br>                                                        United States Attorney

September 23, 2009                                        /s/
                                                       JEFFREY D. NEDROW<br>                                                       Assistant United States Attorney

September 23, 2009                                        /s/
                                                       MICHAEL J. SACKS<br>                                                       KEVIN ANDERSON<br>                                                       Attorneys for Carol Hauessler

1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 07–00788-JF |
| | ) | |
| Plaintiff, | ) | FINAL ORDER RE: RESTITUTION |
| | ) | |
| v. | ) | |
| | ) | |
| CAROL HAUESSLER, | ) | |
| | ) | |
| Defendant. | ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the final order of restitution in this place shall be $12,072.12 as to Carol Hauessler in this case. The restitution shall be allocated as specified in the attached worksheet.

DATE: 9/30/09  _____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

| Victim Name | Address | Victim DOB or DL info | Email | Phone | Date of Move | Origination | Destination | Orig Estimate | End Price | Additional Pound Cost | NM/NiPatriot Contact Person (Estimator) | AYProgressive/ Midwest/Premier Contact Person | Pick-up Driver | Delivery Driver | Comments | Evidence Box |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beser, Roberta R | 33209 N 47th St., Cave Creek, AZ 85331 | | bobbieones@aol.com | 480-361-1872 | 3/24/2003 | AZ | FL | $3,553.00 | $6,000.00 | $2,447.00 | Carol Hauessler | Elad Eli (954) 448-3161 | | Elad | | |
| Bose, Himangshu | 6133 NW 35th Terrance, Gainesville, FL | | | | 8/31/2003 | | | $2,805.00 | | $1,333.00 | Carol Hauessler | | | | | 18189 |
| Collazo, Miguel | 4847 Reginald Rd, Orlando, FL | | | | 9/25/2003 | | | $2,170.00 | | $618.00 | Carol Hauessler | | | | | 18193 |
| Jordan, Laurick | 10937 Foxhaven Dr, Charlotte, NC | | | | 4/1/2002 | | | $930.00 | | $1,762.00 | Carol Hauessler | | | | | 18194 |
| Kvyat, Busya | 727 East Street, Apt 510 San Diego, CA | | | | 4/27/2002 | | | $1,410.00 | | $1,585.00 | Carol Hauessler | | | Amram | | 18195 |
| Liskey, Kathleen | 1072 NW 1421 Road, Urich, MO | | | | 9/6/2002 | | | $4,490.00 | | $832.00 | Carol Hauessler | | | | | 18211 |
| Marshall, Cecilia | 303 S Recker Road #262, Mesa, AZ | | | | 8/30/2003 | New Bedford, MA | Mesa, AZ | $1,723.13 | $3,105.25 | $1,362.12 | Carol Hauessler | Robert Ken | | | | 18217 |
| Obeid, Imad | 2683 NW Overlook Dr #1422, Hillsboro, OR | | | | 8/26/2003 | | | $1,815.00 | | $870.00 | Carol Hauessler | | | | | 18190 |
| Smith, Nikey | 305 Fairfield Lane Cary, NC | | | | 10/26/2003 | | | $1,700.00 | | $1,243.00 | Carol Hauessler | | | | | 18183 |
| | | | | | | | | | TOTAL | $12,072.12 | | | | | | |