| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | JEFFREY D. NEDROW (CSBN 161299)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, CA 95113<br>Telephone: (408) 535-5045 |
| 7 | Facsimile: (408) 535-5066<br>Email: jeff.nedrow@usdoj.gov |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00788-JF |
|---|---|---|
| Plaintiff, | ) | REVISED STIPULATION AND |
| | ) | [~~PROPOSED~~] ORDER RE: FINAL |
| v. | ) | ORDER OF RESTITUTION |
| | ) | |
| CAROL HAEUSSLER, | ) | |
| | ) | |
| Defendant. | ) | |

The parties, by and through their counsel of record, hereby stipulate to the entry of a final order of restitution in the amount of $12,072.12 as to Carol Haeussler in this case. The restitution shall be allocated as specified in the attached worksheet.

JOSEPH P. RUSSONIELLO
United States Attorney

November 10, 2009                    _____/s/_____
                                      JEFFREY D. NEDROW
                                      Assistant United States Attorney

November 10, 2009                    _____/s/_____
                                      MICHAEL J. SACKS
                                      KEVIN ANDERSON
                                      Attorneys for Carol Haeussler

1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 07–00788-JF |
| | ) | |
| Plaintiff, | ) | FINAL ORDER RE: RESTITUTION |
| | ) | |
| v. | ) | |
| | ) | |
| CAROL HAEUSSLER, | ) | |
| | ) | |
| Defendant. | ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the final order of restitution in this place shall be $12,072.12 as to Carol Haeussler in this case. The restitution shall be allocated as specified in the attached worksheet.

DATE: 11/12/09  _____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE