IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00788-JF |
| Plaintiff, | ) ) | [PROPOSED] ORDER TO RETURN PASSPORT |
| v. | ) ) | |
| CAROL HAEUSSLER, | ) ) | The Hon. Patricia V. Trumbull |
| Defendant. | ) ) ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Clerk of the United States District Court for the Northern District of California shall return the passport of Defendant Carol Haeussler. Defense counsel shall make arrangements with the Clerk of the Court to either pick up the passport or accept receipt of the passport via mail.

DATE: 11/16/09

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE